**J. Eavenson & Sons, Inc., plaintiff in error, v. William T. Spry, defendant in error. Gen. No. 30,487.**

Suit to recover on guaranty of unpaid invoices, aided by attachment. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and cause remanded. Opinion filed November 17, 1926.

Brown, Roe & Bye, William R. Brown and Clifford G. Roe, for plaintiff in error. Alice Greenacre, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Lionel A. Sherwin, plaintiff in error. Gen. No. 30,860.**

Judgment imposing fine on attorney for contempt of court. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 17, 1926.

Robert E. Crowe, State's Attorney, for plaintiff in error; Clarence E. Nelson, Henry T. Chace, Jr., and Edward E. Wilson, Assistant State's Attorneys, of counsel. Laramie & Sherwin, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**L. K. Knight, appellee, v. Joseph Tlapa, appellant. Gen. No. 31,020.**

Trespass on the case to recover damages to automobile from collision. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 17, 1926.

Harold L. Feigenholtz, for appellant; Edmund M. Sinnott, of counsel. Levisohn & Levisohn, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Franklin Hardin, appellant, v. James Adams, appellee. Gen. No. 31,036.**

Bill to open default decree. Dismissed on demurrer. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and cause remanded with directions. Opinion filed November 17, 1926.

Morton J. Stevenson, for appellant. Peter J. Hower, for appellee.

Mr. Justice Thomson delivered the opinion of the court.